IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE BAKER** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SGT. OLLEY WILSON, et al.** | : | **NO. 02-5313** |

**O R D E R**

AND NOW, this _____ day of August, 2002, the Court finding that plaintiff has failed to pay the requisite filing fee of $150.00 to commence this civil action or submit an _in forma pauperis_ petition, it is hereby ORDERED that:

_____ 1.  Plaintiff shall either pay the required filing fee of $150.00 or file a properly certified _in forma pauperis_ petition in accordance with the requirements of 28 U.S.C. § 1915, a copy of which is attached;

2.  The Clerk shall forward an Application to Proceed _In Forma Pauperis_ to plaintiff with a copy of this order; and

3.  The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

_____

**JOHN P. FULLAM, J.**

Case 2:02-cv-05313-JF    Document 2    Filed 08/08/2002    Page 2 of 3

Case 2:02-cv-05313-JF    Document 2    Filed 08/08/2002    Page 3 of 3