IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE BAKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SGT. OLLEY WILSON, ET AL | : | NO. 02-5313 |

## ORDER

**AND NOW**, this         day of June, 2004, having considered the plaintiff's complaint and motion to proceed in forma pauperis, **IT IS ORDERED** as follows:

1. The plaintiff, Jesse Baker, DM-4902, shall pay the filing fee of $150 to commence this civil action;

2. The Superintendent or other appropriate official at SCI-Smithfield or any prison at which plaintiff may be incarcerated shall deduct an initial partial filing fee of $17.55 from plaintiff's inmate account, when such funds become available, and forward that amount to be credited to Civil Action No. 02-5313, to the following address:

> Clerk of the United States District Court
> for the Eastern District of Pennsylvania,
> 601 Market Street, Room 2609,
> Philadelphia, PA 19106

3. Thereafter, until the entire filing fee is paid, the Superintendent or other appropriate official shall deduct from plaintiff's account, each time that the account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to be credited to Civil Action No. 02-5313, to the address shown in ¶2;

4. The Clerk of Court is directed to forward a copy of this Order to the Superintendent of SCI-Smithfield; and

4. The Clerk of Court is directed to REOPEN this case statistically.

BY THE COURT:

_____
JOHN P. FULLAM, J.

Case 2:02-cv-05313-JF    Document 8    Filed 06/03/2004    Page 3 of 3