**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Jesse Baker                        :        CIVIL ACTION NO. 02-5313
                                   :
            vs.                    :
                                   :
Sgt. Olley Wilson, et al           :

July 7, 2004

**N O T I C E**

      Pursuant to the Court's order of 6/3/04, the Clerk has been specially appointed to serve a Notice of Lawsuit and Request for Waiver of Summons and Waiver of Service of Summons upon each defendant in the above case. The waiver was mailed to the above defendant(s) on 6/3/04. As of this date, the following defendant(s) have not waived service:

      SGT. OLLEY WILSON
      DEP. PRUDISH
      SGT. JOE WHITE
      ENTIRE BUCKS COUNTY SHERRIFS DEPT.

      In compliance with the court's order of 6/3/04 the complaint will be forwarded to the United States Marshal Service to effect service.

      Very truly yours,

      MICHAEL E. KUNZ
      CLERK OF COURT

      by:_____
                                    Deputy Clerk

cc: Judge John P. Fullam