## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jesse Baker** | : CIVIL ACTION |
| | : No. 02-5313 |
| v. | : |
| | : |
| **Sgt. Olley Wilson; Deputy Prudish;** | : |
| **Sgt. Joe White; Entire Bucks County** | : |
| **Sheriff's Department** | : |

### ENTRY OF APPEARANCE

    Kindly Enter my Appearance on behalf of Defendants, Sgt. Olley Wilson, Deputy Prudish, Sgt. White and the Sheriff's Department in the above-captioned matter.

                                      **Begley, Carlin & Mandio, LLP**

                                By:_____
                                   **James A. Downey, III, Esquire**
                                   Attorney I.D. #17533
                                   Signature Validation Code: JD1278
                                   680 Middletown Boulevard, 3rd Floor
                                   P.O. Box 308
                                   Langhorne, PA 19047
                                   (215) 750-0110
                                   *Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Jesse Baker** | : CIVIL ACTION |
| | : No. 02-5313 |
| v. | : |
| | : |
| **Sgt. Olley Wilson; Deputy Prudish**; | : |
| **Sgt. Joe White; Entire Bucks County** | : |
| **Sheriff's Department** | : |

## CERTIFICATION OF SERVICE

     I, James A. Downey, III, Esquire, do verify and say that I did, on the date signed below, send a true and correct copy of my Entry of Appearance on behalf of Defendants to the Plaintiff, Jesse Baker, via First Class Mail, postage prepaid, addressed as follows:

Jesse Baker
*(Pro Se Plaintiff)*
DM4902
SCI Graterford
Route 29
P.O. Box 244
Graterford, PA   19426

        **Begley, Carlin & Mandio, LLP**


        By:_____
        **James A. Downey, III, Esquire**
        Attorney I.D. #17533
        Signature Validation Code: JD1278
        680 Middletown Boulevard, 3rd Floor
        P.O. Box 308
        Langhorne, PA 19047
        (215) 750-0110
        *Attorney for Defendants*