IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jesse Baker | : | CIVIL ACTION |
| v. | : | |
| SGT. Olley Wilson, *et al.* | : | NO. 02-5313 |

**O R D E R**

AND NOW, this 22nd day of November, 2005, IT IS hereby ORDERED that Plaintiff's letter dated October 11, 2005, shall be filed as a Motion for Reconsideration of the Order vacating Plaintiff's Request for Appointment of Counsel. IT IS further ORDERED that the Motion for Reconsideration is DENIED. Plaintiff may file a response to Defendants' Motion to Dismiss no later than **December 23, 2005.**

BY THE COURT:

/s/ John P. Fullam
      Fullam, Sr. J.