IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jesse Baker                         :    CIVIL ACTION
                                    :
                                    :
         v.                         :
                                    :
SGT. Olley Wilson, *et al.*         :    NO. 02-5313
                                    :
                                    :

**O R D E R**

AND NOW, this 12th day of January 2006, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint,

IT IS hereby ORDERED that the Motion is GRANTED. The Amended Complaint dated December 20, 2005 is DEEMED FILED.

BY THE COURT:


/s/ John P. Fullam
         Fullam,    Sr. J.