## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jesse Baker** | : CIVIL ACTION |
| | : No. 02-5313 |
| v. | : |
| | : |
| **Sgt. Olley Wilson; Brian McKeough;** | : |
| **David Prudish; Officer Gizzi; Joe White;** | : |
| **Officer Gaithens;** and, **Bucks County** | : |
| **Sheriff's Department** | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly Enter my Appearance on behalf of all Defendants in the above-captioned matter.

Defendants Demand Trial by Jury.

**Begley, Carlin & Mandio, LLP**

By:_____(JD1278)__
**James A. Downey, III, Esquire**
Attorney I.D. #17533
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA 19047
(215) 750-0110
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Jesse Baker** | : CIVIL ACTION |
| | : No. 02-5313 |
| v. | : |
| | : |
| **Sgt. Olley Wilson; Brian McKeough;** | : |
| **David Prudish; Officer Gizzi; Joe White;** | : |
| **Officer Gaithens;** and, **Bucks County** | : |
| **Sheriff's Department** | : |

**CERTIFICATION OF SERVICE**

I, James A. Downey, III, Esquire, attorney for Defendants in the Amended Complaint, do certify and say that I did, on the date signed below, send a true and correct copy of Defendants' Entry of Appearance and Certification of Service to the Plaintiff, via First Class Mail, postage prepaid addressed as set forth below:

Jesse Baker
(*Pro Se Plaintiff*)
DM4902
State Correctional Institution at Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA   16652

**Begley, Carlin & Mandio, LLP**

By:_____ **(JD1278)**
**James A. Downey, III, Esquire**
Attorney I.D. #17533
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA 19047
(215) 750-0110
Attorney for Defendants

Date:_____