IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jesse Baker                    :    CIVIL ACTION
                               :
                               :
         v.                    :
                               :
SGT. Olley Wilson, *et al.*    :    NO. 02-5313
                               :
                               :

**O R D E R**

AND NOW, this 20th day of March 2006, upon consideration of Defendants' Motion to Dismiss (Docket Entry Number 22),

IT is hereby ORDERED that because an Amended Complaint has been filed, the Motion is DISMISSED AS MOOT. The Motion to Dismiss filed January 30, 2006 remains pending.

BY THE COURT:

/s/ John P. Fullam
         Fullam,    Sr. J.