**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Jesse Baker** | : No. 02-5313 |
| | : |
| v. | : |
| | : |
| **Sgt. Ollie Wilson; Deputy Prudish;** | : |
| **Sgt. Joe White; Brian McKeough;** | : |
| **Officer Gizzi; Joe White;** and, | : |
| **Officer Gaithens (Gaithers)** | : |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly Enter my Appearance on behalf of all Defendants in the Amended/Supplemental Complaint filed by Plaintiff.

    Defendants demand Trial by Jury.

                                                  **Begley, Carlin & Mandio, LLP**

                                            By:_____JD1278_____
                                                 **James A. Downey, III, Esquire**
                                                 Attorney I.D. #17533
                                                 680 Middletown Boulevard
                                                 P.O. Box 308
                                                 Langhorne, PA 19047
                                                 (215) 750-0110

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jesse Baker** | : No. 02-5313 |
| | : |
| v. | : |
| | : |
| **Sgt. Ollie Wilson; Deputy Prudish;** | : |
| **Sgt. Joe White; Brian McKeough;** | : |
| **Officer Gizzi; Joe White;** and, | : |
| **Officer Gaithens (Gaithers)** | : |

## CERTIFICATION OF SERVICE

    I, James A. Downey, III, Esquire, do certify and say that I did, on the date signed below, send a true and correct copy of this Entry of Appearance to Plaintiff, Pro Se, at the address set forth below, via First Class Mail, postage prepaid:

                Jesse Baker
                No. DM4902
                1120 Pike Street
                Box 999
                SCI at Smithfield
                Huntingdon, PA 16652

                **Begley, Carlin & Mandio, LLP**

                By:_____JD1278_____
                **James A. Downey, III, Esquire**
                Attorney I.D. #17533
                680 Middletown Boulevard
                P.O. Box 308
                Langhorne, PA 19047
                (215) 750-0110

Date:_____