IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JESSE BAKER | : Date of Notice:<br>: August 9, 2006 |
| vs. | : |
| SGT. OLLEY WILSON<br>DAVID PRUDISH<br>SGT. JOE WHITE, ET AL. | : CIVIL ACTION NO. 02-5313 |

**RESCHEDULED FROM 11/13/06**

TAKE NOTICE that the above-captioned matter is rescheduled for  **JURY TRIAL**  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on December 18, 2006, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                          Very truly yours,

                          Rosalind Burton-Hoop
                          Deputy Clerk to Judge Fullam

COPIES BY MAIL ON   8/9/06    TO:  Jesse Baker
                                         James A. Downey, Esquire