IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JESSE BAKER | : | Date of Notice:<br>December 27, 2006 |
| vs. | : |  |
| SGT. OLLEY WILSON, ET AL. | : | CIVIL ACTION NO. 02-5313 |

TAKE NOTICE that the above-captioned matter is **rescheduled** for ___JURY TRIAL___ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on March 19, 2007, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON ___12/27/06___ TO: Jesse Baker
                                    James A. Downey, Esquire