```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

Jesse Baker                    :    CIVIL ACTION
                               :
                               :
        v.                     :
                               :
SGT. Olley Wilson, *et al.*    :    NO. 02-5313

## O R D E R

AND NOW, this 22nd day of February 2007, upon consideration of the "Request for a Continuance by Plaintiff/Request for Order to Produce Discovery Materials," it is hereby ORDERED that the request for a continuance is GRANTED. The trial is hereby continued until a date to be determined. It is further ORDERED that Defendants shall file and serve a response to the Request for Order to Produce Discovery Materials within 10 days of the date of this Order.

BY THE COURT:

/s/ John P. Fullam
Fullam,              Sr. J.