IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JESSE BAKER | : | Date of Notice: March 6, 2007 |
| vs. | : |  |
| SGT. OLLEY WILSON, ET AL. | : | CIVIL ACTION NO. 02-5313 |

**RESCHEDULED FROM 3/19/07**

TAKE NOTICE that the above-captioned matter is **rescheduled** for   JURY TRIAL   in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on June 4, 2007, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON    3/6/07      TO: Jesse Baker
                                     James A. Downey, Esquire