IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE BAKER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| OLLEY WILSON, SGT., ET AL. | : | NO. 02-5313 |

### **O R D E R**

AND NOW, this     day of May, 2007, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Warden of SCI Rockview produce before this Court the body of **Jesse Baker, I.D. #DM4902** on **June 4, 2007** at **10:00 A.M.** before the Honorable John P. Fullam in Courtroom 15-A to appear for **TRIAL** in the above-captioned matter, and that immediately upon termination of the said proceedings, he be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

/s/John P. Fullam
JOHN P. FULLAM, Sr. J.

cc: Warden (2)
    U.S. Marshal

Civ 10 (8/80)