```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JESSE BAKER                          :      CIVIL ACTION

        vs.                          :

SGT. OLLEY WILSON                    :      NO. 02-5313
DAVID PRUDISH
JOE WHITE, ET AL.
```

### O R D E R

**AND NOW**, this 30th day of May, 2007, it having been reported that the issues between **PLAINTIFF JESSE BAKER** and **DEFENDANTS SGT. OLLEY WILSON, DAVID PRUDISH, JOE WHITE, OFFICER GAITHENS/(GAITHERS)?, OFFICER GIZZI, and BRIAN MCKEOUSH** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                          or      BY THE COURT:


BY:  /s/Rosalind Burton-Hoop             _____
     Rosalind Burton-Hoop                 JOHN P. FULLAM, Sr. J.
        Deputy Clerk



COPIES BY MAIL ON   5/30/07    TO: Jesse Baker
                                   James A. Downey, III, Esquire

Civ 12 (7/95)